UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

| | | |
|---|---|---|
| DIANE FERRERI, | : | CASE NO. 1:10CV01014 |
| Plaintiff, | : | |
| vs. | : | JUDGMENT ENTRY |
| CITY OF STRONGSVILLE, ET AL., | : | |
| Defendants. | : | |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

This case came before the Court and a jury on June 21, 2011. The jury rendered the following verdict on June 22, 2011:

> Verdict in favor of Defendants Michael Guminey and Ronald Stolz and against Plaintiff Diane Ferreri.

This judgment entry is entered pursuant to Federal Rule of Civil Procedure 58 and this action is terminated.

IT IS SO ORDERED.

Dated: June 23, 2011        s/ *James S. Gwin*
                            JAMES S. GWIN
                            UNITED STATES DISTRICT JUDGE